**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

───────────────────────────────

**UNITED STATES OF AMERICA**

                                       Criminal Action

                                       No.19CR10459-RWZ

       V.

**ALFRED NIEVES**

───────────────────────────────

**MOTION TO JOIN DEFENDANT MATTHEW PALACIOS', ET AL, MOTION IN OPPOSITION OF THE GOVERNMENT'S MOTION FOR PROTECTIVE ORDER(Doc. 359).**

Defendant, Alfred Nieves, by his counsel, Carlos Dominguez, respectfully moves for permission to Join Defendant Matthew Palacios', et al, Motion in opposition of the Government's Motion for Protective Order (Doc. 359) filed on 1/27/2020 (Doc. 390).

Defendant, by his attorney,

/S/CARLOS J. DOMINGUEZ
Carlos J. Dominguez
90 Canal Street
Suite 400
Boston, MA 02114
(617) 742-2824
BBO # 567005


I hereby certify that I served a copy of this document through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 27th  day of January, 2020.

/S/CARLOS J. DOMINGUEZ