UNITED STATES DISTRICT COURT
                           DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) Criminal No. 19-10459-RWZ |
| | ) |
| 45. ALFRED NIEVES | ) |
| A/K/A "King ALFY," | ) |
| Defendant. | ) |

### CERTIFICATION PURSUANT TO GENERAL ORDER 20-9

The United States of America, by Andrew E. Lelling, United States Attorney, and Rachel E. Goldstein and Mark J. Grady, Assistant United States Attorneys, hereby certifies that all copies of the pre-trial report for the above captioned defendant have been deleted from the email accounts of the AUSAs and no copies have been saved by the AUSAs.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:    */s/ Mark J. Grady*
        Mark J. Grady
        Rachel E. Goldstein
        Assistant U.S. Attorneys
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston MA 02210
        617-748-3181

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            */s/ Mark J. Grady*
                                            Mark J. Grady
                                            Assistant U.S. Attorney

Date: April 8, 2020